UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 21 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-55685 |
| Plaintiff-Appellee, | D.C. No. 3:21-cv-01134-WQH-BLM |
| v. | Southern District of California, San Diego |
| YOUNES NASRI, | ORDER |
| Claimant-Appellant, | |
| v. | |
| $1,152,366.18 IN FUNDS FROM BENDURA BANK AG, PORTFOLIO NUMBER XX5.280, Held in The Name of Golden Castle Technology Limited; $53,020.18 IN FUNDS FROM BENDURA BANK AG, PORTFOLIO NUMBER XX3.200, Held in The Name of Younes Nasri, | |
| Defendants. | |

Before: BYBEE, BENNETT, and DESAI, Circuit Judges.

Appellant is directed to file a response to the petition for rehearing en banc within 21 days of the date of this order. The response shall not exceed 15 pages in length unless it complies with the alternative length limitation of 4,200 words. 9th Cir. R. 40-1.